IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13

Mark F Wilk                     : Case No. 23-10789-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
PHILADELPHIA FEDERAL CREDIT UNION
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted. Payments were missed and Debtor asks for a chance to get caught up.
7. Denied.
8. Debtor is uncertain.
9. Denied.
10. No response required

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                <u>/s/ David M. Offen</u>
                                David M. Offen Esquire
                                Attorney for Debtor

Dated: August 24, 2023

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.