**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Paylor, Deon A.**

      **Debtor**

                                  :    22-10683

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

I certify that on April 28, 2023 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: April 28, 2023

                                       "/s/"Mitchell J. Prince
                                       John L. McClain, Esquire
                                       Mitchell J. Prince, Esquire
                                       Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072