**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
| Paylor, Deon A. | |
| | :     22-10683 |
| **Debtor** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  August 21, 2023.

     "/s/"Mitchell J. Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
1851 C.R. 27
Owls Head, NY 12969

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

PENNSYLVANIA HOUSING FINANCE AGENCY
c/o Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant