**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13

**Paylor, Deon A.**

      **Debtor**

                                   :         22-10683

**CERTIFICATE OF SERVICE OF
DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

I certify that on November 21, 2023 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Third Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 21, 2023

                            "/s/"Mitchell J. Prince
                            John L. McClain, Esquire
                            Mitchell J. Prince, Esquire
                            Attorneys for debtor

John L. McClain and Associates
1851 C.R. 27
Owls Head, NY 12969