United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 22-10683-amc

Deon A. Paylor                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                       User: admin                                                    Page 1 of 2

Date Rcvd: Apr 08, 2025                                   Form ID: 138OBJ                                 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deon A. Paylor, 7661 Brentwood Road, Philadelphia, PA 19151-2022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2025 01:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14677203 | + | Email/Text: g17768@att.com | Apr 09 2025 01:26:00 | AT&T Mobility II LLC, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14677210 | | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14691682 | | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14677204 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 09 2025 01:36:30 | DirectTV, LLC, c/o American InfoSource, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14677206 | ^ | MEBN | Apr 09 2025 01:25:28 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14677207 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 09 2025 01:26:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14677208 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2025 01:26:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14677209 | | Email/Text: blegal@phfa.org | Apr 09 2025 01:26:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14688137 | ^ | MEBN | Apr 09 2025 01:25:28 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14693455 | + | Email/Text: blegal@phfa.org | Apr 09 2025 01:26:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14979068 | + | Email/Text: blegal@phfa.org | Apr 09 2025 01:26:00 | Pennsylvania Housing Finance Agency, 211 North |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2025 | Form ID: 138OBJ | Total Noticed: 14

Front Street, Harrisburg, PA 17101-1406

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14677205 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Deon A. Paylor aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 68 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Deon A. Paylor ) | Case No. 22−10683−amc |
| )<br>)<br>Debtor(s). )<br>)<br>) | Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 8, 2025                                                                                             For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court