```
DEON A PAYLOR
7661 BRENTWOOD RD
PHILADELPHIA          PA 19151-2022


              ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                             ACCOUNT HISTORY

     THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
     04/01/22 THROUGH 11/30/22.
     YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
            955.00 OF WHICH       645.95 WAS FOR PRINCIPAL AND INTEREST
     AND    309.05 WENT INTO YOUR ESCROW ACCOUNT.

         PROJ    ACTUAL    PROJ                    ACTUAL     PROJ       ACTUAL
         ESCROW  ESCROW    ESCROW                  ESCROW     ESCROW     ESCROW
 MO/YR   DEPOSIT DEPOSIT   PAYMENTS DESCRIPTION    PAYMENTS   BALANCE    BALANCE
 STARTING BALANCE .........................................   158.14   19456.22-
 04/22   348.99           *   85.37 RBP MIP              *    421.76   19456.22-
 04/22                              RBP MIP          85.37*   421.76   19541.59-
 05/22   348.99  618.10   *   85.37 RBP MIP              *    685.38   18923.49-
 05/22                              RBP MIP          85.37*   685.38   19008.86-
 06/22   348.99  309.05   *   85.37 RBP MIP              *    949.00   18699.81-
 06/22                        949.00 HAZARD        1037.00*     .00    19736.81-
 06/22                              RBP MIP          85.37*     .00    19822.18-
 07/22   348.99  309.05   *   85.37 RBP MIP          85.37    263.62   19598.50-
 08/22   348.99           *   85.37 RBP MIP              *    527.24   19598.50-
 08/22                              RBP MIP          83.24*   527.24   19681.74-
 09/22   348.99  309.05   *   85.37 RBP MIP              *    790.86   19372.69-
 09/22                              RBP MIP          83.24*   790.86   19455.93-
 10/22   348.99 21576.53 *Y   85.37 RBP MIP             *Y   1054.48    2120.60
 10/22                              RBP MIP          83.24*  1054.48    2037.36
 11/22   348.99  348.99   Y   85.37 RBP MIP         83.24*Y  1318.10    2303.11
 12/22   348.99           *   85.37 RBP MIP              *   1581.72
 01/23   348.99           *   85.37 RBP MIP              *   1845.34
 02/23   348.99           *   85.37 RBP MIP              *   2108.96
 03/23   348.99           *   85.37 RBP MIP              *   2372.58
 03/23                       2214.48 CITY TAX            *    158.10
```

# EXHIBIT A

```
LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING      4,187.92. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         527.25
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED                 .00.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                       ACCOUNT PROJECTION

   MORTGAGE INS          :        998.88
   CITY TAX              :      2,214.48
   HAZARD INS            :      1,037.00
   ---------------------------------------
   ANNUAL DISBURSEMENTS  :      4,250.36
           4,250.36 / 12 =        354.20 ESCROW PAYMENT
```

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| BALANCE AS OF 11/30/22 | | | | 2,303.11 | 1,354.76 |
| 12/22 | 354.20 | 83.24 | RBP MIP | 2,574.07 | 1,625.72 |
| 01/23 | 354.20 | 83.24 | RBP MIP | 2,845.03 | 1,896.68 |
| 02/23 | 354.20 | 83.24 | RBP MIP | 3,115.99 | 2,167.64 |
| 03/23 | 354.20 | 83.24 | RBP MIP | 3,386.95 | 2,438.60 |
| 03/23 | | 2,214.48 | CITY TAX | 1,172.47 | 224.12 |
| 04/23 | 354.20 | 83.24 | RBP MIP | 1,443.43 | 495.08 |
| 05/23 | 354.20 | 83.24 | RBP MIP | 1,714.39 | 766.04 |
| 06/23 | 354.20 | 83.24 | RBP MIP | 1,985.35 | 1,037.00 |
| 06/23 | | 1,037.00 | HAZARD | 948.35 | .00 |
| 07/23 | 354.20 | 83.24 | RBP MIP | 1,219.31 | 270.96 |
| 08/23 | 354.20 | 83.24 | RBP MIP | 1,490.27 | 541.92 |
| 09/23 | 354.20 | 83.24 | RBP MIP | 1,761.23 | 812.88 |
| 10/23 | 354.20 | 83.24 | RBP MIP | 2,032.19 | 1,083.84 |
| 11/23 | 354.20 | 83.24 | RBP MIP | 2,303.15 | 1,354.80 |

```
THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS      1,238.62 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,354.76 .

THIS MEANS YOU HAVE A SHORTAGE OF       116.14.   THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO DO
NOTHING.

YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
      1,000.15 OF WHICH      645.95 WILL BE FOR PRINCIPAL AND
INTEREST AND      354.20 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST              645.95
     ESCROW PAYMENT                      354.20
                                    ---------------
NEW PAYMENT EFFECTIVE 12/01/22         1,000.15

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```