## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON A. PAYLOR, | : | CASE #22-10683-amc |
| Debtor(s) | : | |
| | : | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : | |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| DEON A. PAYLOR, | : | |
| Respondent(s) | : | |

### CERTIFICATE OF SERVICE

I, Leon P. Haller, attorney for Movant, certify under penalty of perjury that on October 27, 2022, I served or caused to be served the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list. The types of service made on the parties were:  Electronic Notification and First Class Mail.

**Service by Electronic Notification**

Debtor's Counsel:     John L. McClain, Esquire
                      aaamcclain@aol.com

Trustee:              Kenneth E. West, Esquire
                      VIA ECF/CM

**Service by First Class Mail**

Debtor(s):            Deon A. Paylor
                      7661 Brentwood Road
                      Philadelphia, PA   19151


                                    /s/Leon P. Haller
                                    PURCELL, KRUG & HALLER
                                    1719 North Front Street
                                    Harrisburg, PA   17102
                                    (717) 234-4178
                                    ID #15700
Date:   10/27/2022